# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK R. DONOVAN,<br><br>Defendant. | PO-20-05016-GF-JTJ<br><br>VIOLATION:<br>7353039<br>Location Code: M13<br><br>ORDER |

Upon unopposed request of the United States, and for good cause shown, IT IS ORDERED that the defendant may appear telephonically at his initial appearance scheduled for August 6, 2020 at 9:00 a.m. (Mountain Time). The defendant shall contact the Clerk of Court's office at 406-727-1922, to provide a valid telephone number for the Court to call the defendant for his initial appearance.

DATED this 5th day of August, 2020.

_____
John Johnston
United States Magistrate Judge