IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK R. DONOVAN,<br><br>Defendant. | PO-20-05016-GF-JTJ<br><br>VIOLATION:<br>7353039<br>Location Code: M13<br><br>ORDER |

Upon unopposed request of the United States, and for good cause shown, IT IS ORDERED that the defendant may appear telephonically at his change of plea hearing scheduled for September 17, 2020 at 9:00 a.m. (Mountain Time). The defendant shall call the Clerk of Court's Office at 406-727-1922, to provide a valid telephone number for the Court to call the defendant for his initial appearance.

DATED this 15th day of September, 2020.

_____
John Johnston
United States Magistrate Judge